B6A (Official Form 6A) (12/07)

In re  Nikolich, Steven and Marcia           ,          Case No. 10-43661
          Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary: 3017 200th Ave E<br>Lake Tapps, WA 98391 | Fee Simple | | 700,000.00 | Exceeds Value |
| Investment properties: | | | | |
| 9405 10th Ave Ct E<br>Tacoma, WA 98445 | Fee Simple | | 200,000.00 | Exceeds Value |
| 9014 148th Ave Ct E, Unit 305<br>Bonney Lake, WA 98390 | Fee Simple | | 125,000.00 | Exceeds Value |
| 766 Main Street<br>Buckley, WA 98321 | Fee Simple | | 110,000.00 | Exceeds Value |
| 20820 60th St E<br>Bonney Lake, WA 98391 | Fee Simple | | 400,000.00 | Exceeds Value |
| 3807 Harborview Dr (lot b)<br>Gig Harbor, WA 98335 | Fee Simple | | 400,000.00 | Exceeds Value |
| 3809 Harborview Dr (lot a)<br>Gig Harbor, WA 98335 | Fee Simple | | 400,000.00 | Exceeds Value |
| | | Total▶ | 2,335,000.00 | |

(Report also on Summary of Schedules.)