B6A (Official Form 6A) (12/07)

In re __Nikolich, Steven and Marcia_____,  Case No. __10-43661__
          Debtor                                                   (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary: 3017 200th Ave E<br>Lake Tapps, WA 98391<br><br>Investment properties: | Fee Simple | | 700,000.00 | Exceeds Value |
| 9405 10th Ave Ct E<br>Tacoma, WA 98445 | Fee Simple | | 200,000.00 | Exceeds Value |
| 9014 184th Ave E, #C118<br>Bonney Lake, WA 98391 | Fee Simple | | 125,000.00 | Exceeds Value |
| 766 Main Street<br>Buckley, WA 98321 | Fee Simple | | 110,000.00 | Exceeds Value |
| 20820 60th St E<br>Bonney Lake, WA 98391 | Fee Simple | | 400,000.00 | Exceeds Value |
| 3807 Harborview Dr (lot b)<br>Gig Harbor, WA 98335 | Fee Simple | | 400,000.00 | Exceeds Value |
| 3809 Harborview Dr (lot a)<br>Gig Harbor, WA 98335 | Fee Simple | | 400,000.00 | Exceeds Value |
| | | Total▶ | 2,335,000.00 | |

(Report also on Summary of Schedules.)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Drawer | | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking<br>Bank of America Checking<br>Bank of America Saving | | 2,400.00<br>33.05<br>00.0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 couches, recliner, lamps, tables, chairs | | 2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Encyclopedis, other books | | 50.00 |
| 6. Wearing apparel. | | Clothes, coats, sweaters | | 50.00 |
| 7. Furs and jewelry. | | Wedding ring, costume jewelry | | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Sunset Life whole life | | 10,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement Account | | 6.36 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Nikolich, Inc.<br>Portfolio Investments, LLC.<br>Elk Ridge Forest, LLC. | | 200.00<br>3,237.00<br>100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Promissory Note: Venessa Thompson | | 19,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont

In re __Nikolich, Steven and Marcia__,  Case No. __10-43661__
  Debtor  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | GMC Sierra K1500 (1990) - $1200<br>Chev Silverado (2006) - $14,500<br>Ford F250 (1999) - $10,000<br>Toyota Prius (2008) - $16,000 | | 41,700.00 |
| 26. Boats, motors, and accessories. | | 2 Seadoos (2003, 2004) | | 2,500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 computers, 1 laptop | | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tablesaw, tool box with various tools, wrenches | | 150.00 |
| 30. Inventory | X | | | |
| 31. Animals | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____continuation sheets attached   Total▶ $ 82093.36

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re Nikolich, Steven and Marcia, Case No. 10-43661
Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ****9301 <br> First Savings Bank NW <br> 201 Wells Ave S <br> Renton, WA 98057 | | | Lien: DOT#1 <br> 3017 200th Ave E <br> Lake Tapps, WA 98391 <br> VALUE $ 700,000.00 | | | | 875,000.00 | 175,000.00 |
| ACCOUNT NO. ****7800 <br> First Savings Bank NW <br> 201 Wells Ave S <br> Renton, WA 98057 | | | Lien: DOT#1 <br> 3809 Harborview Dr, Gig Harbor, WA 98332 <br> VALUE $ 400,000.00 | | | | 612,000.00 | 212,000.00 |
| ACCOUNT NO. ****7301 <br> First Savings Bank NW <br> 201 Wells Ave S <br> Renton, WA 98057 | | | Lien: DOT#1 <br> 9014 184th Ave E, #C118, Bonney Lake, WA 98391 <br> VALUE $ 125,000.00 | | | | 112,000.00 | 0.00 |
| ___ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 1,599,000.00 | $ 375,000.00 |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  Nikolich, Steven and Marcia           ,     Case No. 10-43661
            Debtor                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ****0001 First Savings BankNW 201 Wells Ave S Renton, WA 98057 | | | Lien: DOT#1 766 Main St Buckley, WA 98321 VALUE $ 110,000.00 | | | | 318,750.00 | 208,750.00 |
| ACCOUNT NO. ****0006 First Savings BankNW 201 Wells Ave S Renton, WA 98057 | | | Lien: DOT#1 3807 Harborview Dr Gig Harbor, WA 98332 VALUE $ 400,000.00 | | | | 612,000.00 | 212,000.00 |
| ACCOUNT NO. ****3304 First Savings BankNW 201 Wells Ave S Renton, WA 98057 | | | Lien: DOT#1 20820 60th St E Bonney Lake, WA 98321 VALUE $ 400,000.00 | | | | 639,000.00 | 239,000.00 |
| ACCOUNT NO. ****3900 First Savings BankNW 201 Wells Ave S Renton, WA 98057 | | | Lien: DOT#1 9405 10th Ave Ct E Tacoma, WA 98445 VALUE $ 200,000.00 | | | | 248,000.00 | 48,000.00 |
| ACCOUNT NO. ****0122 First Savings BankNW 201 Wells Ave S Renton, WA 98057 | | | Lien: DOT#2 PO Box 97050 Seattle, WA 98124 VALUE $ 700,000.00 | | | | 250,000.00 | 250,000.00 |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)   $ 2,067,750.00   $ 957,750.00

Total(s) ► (Use only on last page)   $   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Nikolich, Steven and Marcia          ,     Case No.  10-43661
         Debtor                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ****0380<br>GloriaRiley&SherrilSchaaf/c/oEisenhower&Carlson,1201 Pacific Ave, Tacoma,98402 | | | Lien: DOT#3<br>3017 200th Ave E<br>Lake Tapps, WA 98391<br>VALUE $ 700,000.00 | | | | 202,500.00 | 202,500.00 |
| ACCOUNT NO.<br>Jack Nikolich<br>370 S Jeanne Tr.,<br>Wheeling, IL 60090 | | | Lien: DOT#2<br>766 Main St<br>Buckley, WA 98321<br>VALUE $ 110,000.00 | | | | 100,000.00 | 100,000.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)
$ 302,500.00
$ 302,500.00

Total(s) ▶
(Use only on last page)
$ 3,969,250.00
$ 1,635,250.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re  Nikolich, Steven & Marcia _____,   Case No. __10-43661__
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ****4067 <br> Bank of America <br> PO Box 301200 <br> Los Angeles, CA 90030 | | | | | | | 17,502.15 |
| ACCOUNT NO. ****7727 <br> Bank of America <br> PO Box 301200 <br> Los Angeles, CA 90030 | | | | | | | 20,827.15 |
| ACCOUNT NO. ****6560 <br> Macy's <br> PO Box 689195 <br> Des Moines, IA 50368 | | | | | | | 1,174.88 |
| ACCOUNT NO. **** <br> Nordstrom Bank <br> PO Box 79134 <br> Phoenix, AZ 85062 | | | | | | | 192.76 |
| | | | | | | Subtotal▶ $ | 39,696.94 |
| ___ continuation sheets attached | | | | | | Total▶ $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Nikolich, Steven & Marcia  
              Debtor

Case No. 10-43661
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE. AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Great West Managment Group, PO Box 44609 Tacoma, WA 98448 | | | 9014 184th Ave E, #C118<br>Bonney Lake, WA 98391 | | | | 3,189.00 |
| ACCOUNT NO.<br><br>Inlet Island Maintenance Co. c/o Thomas Timm, 12047 Roseburg Ave S, Seattle, WA | | | 20820 60th st E<br>Bonney Lake, WA 98391 | | | | 556.92 |
| ACCOUNT NO.<br><br>Tapps Island Association 20818 Island Park Way Lake Tapps, WA 98391 | | | HOA for primary residence | | | | 284.76 |
| ACCOUNT NO. ****2437<br><br>Comcast PO Box 34227 Seattle, WA 98124 | | | | | | | 410.74 |
| ACCOUNT NO. ****3686<br><br>Comcast PO Box 34227 Seattle, WA 98124 | | | | | | | 341.31 |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 4,782.73

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Nikolich, Steven & Marcia          ,     Case No. _____
      Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1316 <br> AT&T Mobility <br> PO Box 989049 <br> West Sacramento, CA | | | | | | | 292.97 |
| ACCOUNT NO. F380R <br> Qwest <br> PO Box 91155 <br> Seattle, WA 98111 | | | | | | | 269.41 |
| ACCOUNT NO. F128R <br> Qwest <br> PO Box 91155 <br> Seattle, WA 98111 | | | | | | | 202.38 |
| ACCOUNT NO. 7579 <br> Paclab <br> PO Box 2670 <br> Spokane, WA 99220 | | | | | | | 37.40 |
| ACCOUNT NO. 6952 <br> Multicare <br> PO Box 34883 <br> Seattle, WA 98124 | | | | | | | 62.42 |

Sheet no.____ of____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 864.58

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _____, Case No. _____
          Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4751 <br> Nep/St Joseph <br> PO Box 740021 <br> Cincinnati, OH 45274 | | | | | | | 311.52 |
| ACCOUNT NO. 1901 <br> Cardiac Study Center <br> 1901 South Cedar St, Suite 301, Tacoma, WA 98405 | | | | | | | 14.90 |
| ACCOUNT NO. 116720 <br> Franciscan Health <br> PO Box 31001, Dept. 1511 <br> Pasadena, CA 91110 | | | | | | | 70.83 |
| ACCOUNT NO. 00357934 <br> Franciscan Pharmacy <br> PO Box 31001-1489 <br> Pasadena, CA 981110 | | | | | | | 95.67 |
| ACCOUNT NO. A1TR <br> TRA Medical Imaging <br> PO Box 2357 <br> Tacoma, WA 98401 | | | | | | | 484.90 |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 977.82

Total▶ $ .
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _____,   Case No. _____
        Debtor                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1447 <br> Puget Sound Energy <br> PO Box 91269 <br> Bellevue, WA 98009 | | | | | | | 102.06 |
| ACCOUNT NO. 3984 <br> Puget Sound Energy <br> PO Box 91269 <br> Bellevue, WA 98009 | | | | | | | 532.11 |
| ACCOUNT NO. 6768 <br> Puget Sound Energy <br> PO Box 91269 <br> Bellevue, WA 98009 | | | | | | | 623.31 |
| ACCOUNT NO. 0004 <br> Puget Sound Energy <br> PO Box 91269 <br> Bellevue, WA 98009 | | | | | | | 682.50 |
| ACCOUNT NO. 2917 <br> Pierce County Sewer <br> PO Box 11620 <br> Tacoma, WA 98411 | | | | | | | 372.48 |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2,312.46

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _____,   Case No. _____
          Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0002 <br> City of Bonney Lake <br> PO Box 34095 <br> Seattle, WA 98124 | | | | | | | 223.22 |
| ACCOUNT NO. 2389 <br> City Treasurer <br> PO Box 11010 <br> Tacoma, WA 98411 | | | | | | | 286.65 |
| ACCOUNT NO. 7851 <br> Murrey Disposal <br> PO Box 399 <br> Puyallup, WA 98371 | | | | | | | 55.20 |
| ACCOUNT NO. <br> Jack Nikolich <br> 370 S Jeanne Tr., <br> Wheeling, IL 60090 | | | | | | | 22,500.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 23,065.70

Total▶ $ 72,265.40
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)